United States District Court
Middle District of Florida
Jacksonville Division

**L. SQUARED INDUSTRIES, INC.,**

    *Plaintiff,*

v.                                              NO. 3:21-cv-1104-BJD-PDB

**NAUTILUS INSURANCE COMPANY,**

    *Defendant.*

_____

# Order

The plaintiff moves to strike defenses from the answer. Doc. 16. The plaintiff fails to state whether its counsel conferred with the defendants' counsel, whether the parties agree on the resolution of the motion, and, if opposed, the means by which the conference occurred. The Court **denies** the motion without prejudice to filing a motion that complies with Local Rule 3.01(g).

In deciding whether to file another motion to strike, counsel is directed to the authority in *Moore v. R. Craig Hemphill & Assocs.*, No. 3:13-cv-900-BJD-PDB, 2014 WL 2527162, at *1 (M.D. Fla. May 6, 2014), including 5C Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1380 (3d ed. 2004), which explains that courts generally disfavor motions to strike and

consider most of them to be time wasters because of the stringent standard for striking and the drastic nature of altering a pleading.

**Ordered** in Jacksonville, Florida, on December 28, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*